# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY WAMBOLDT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-1280 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| AURORA PITTSBURGH, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the parties Motion, this case hereby is **STAYED**. For the duration of the stay, this case is and shall remain **ADMINISTRATIVELY CLOSED**. Administrative closings comprise a familiar way in which courts remove cases from their active files without final adjudication. Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) (citation and internal quotations omitted). Administrative closure is a docket control device used by the Court for statistical purposes, and it does not prejudice the rights of the parties in any manner. Honig v. Comcast of Georgia I, LLC, 537 F. Supp.2d 1277, 1290 n.8 (N.D. Ga. 2008).

As and when appropriate, any party may restore this action to the Court's active calendar upon application or by motion. *See* In re Arbitration Between Philadelphia Elec. Co. v. Nuclear Elec. Ins., Ltd., 845 F. Supp. 1026, 1028 (S.D.N.Y. 1994) (holding same).

IT IS SO ORDERED.


November 28, 2012                                  s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge


cc (via ECF email notification):

All Counsel of Record